UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AVOW HOSPICE, INC.,

    Plaintiff,

v.     Case No.: 2:23-cv-132-SPC-KCD

AVOW FOUNDATION FOR
ABORTION ACCESS, INC.,
AVOW, INC. and AVOW PAC,

    Defendants.
_____/

## ORDER

This matter was before the Court for oral argument on Defendants' Motion to Dismiss. (Doc. 13.) For the reasons stated on the record, it is now

**ORDERED**:

1. Plaintiff is directed to file an amended complaint on or before August 14, 2023.

2. Given an amended pleading has been ordered, Defendants' Motion to Dismiss is **DENIED AS MOOT**.

**ENTERED** in Fort Myers, Florida on July 24, 2023.

*[signature]*
Kyle C. Dudek
United States Magistrate Judge